UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ALEX RAMOS,

    Plaintiff,

v.                                                  Case No: 8:14-cv-2962-T-36TGW

WILSON CONCRETE & MASONARY, INC.,

    Defendant.
_____/

# **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas G. Wilson on December 15, 2015 (Doc. 26). In the Report and Recommendation, Magistrate Judge Wilson recommends that the Court grant the parties' Joint Motion to Approve FLSA Settlement and Motion to Dismiss Plaintiff's Claims with Prejudice (Doc. 25). On December 21, 2015, Defendant filed a Notice of Non-Objection to Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1) (Doc. 27).

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

    **ORDERED AND ADJUDGED**:

    (1)    The Report and Recommendation of the Magistrate Judge (Doc. 26) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

    (2)    The parties' Joint Motion to Approve FLSA Settlement and Motion to Dismiss Plaintiff's Claims with Prejudice (Doc. 25) is **GRANTED.** The Settlement (Doc.


2

25 - Ex. A) is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute.

(3)	This action is **DISMISSED**, with prejudice.

(4)	The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** in Tampa, Florida on January 5, 2016.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Thomas G. Wilson
Counsel of Record